Abran E. Vigil
Nevada Bar No. 7548
Lindsay Demaree
Nevada Bar No. 11949
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone:  702.471.7000
Facsimile:  702.471.7070
vigila@ballardspahr.com
demareel@ballardspahr.com

*Attorneys for Defendant Chase Bank USA, N.A., improperly named as "Chase Bank, National Association"*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CECILIA P. BABIN,<br><br>         Plaintiff,<br><br>v.<br><br>CHASE BANK, NATIONAL ASSOCIATION; THE HOME DEPOT/CITIBANK NORTH AMERICA A/K/A HD/CBNA; EQUIFAX INFORMATION SERVICES, LLC,<br><br>         Defendants. | CASE NO.  2:16-cv-01064-GMN-NJK<br><br><br>**STIPULATION TO VOLUNTARILY DISMISS *WITH PREJUDICE* PLAINTIFF'S CLAIMS AGAINST CHASE BANK USA, N.A.** |

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Cecilia P. Babin and defendant Chase Bank USA, N.A., improperly named as "Chase Bank, National Association" ("Chase") stipulate as follows:

1. Plaintiff and Chase are the only parties that have appeared in this action.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff and Chase agree that all of plaintiff's claims against Chase in this action are voluntarily dismissed with prejudice.  Plaintiff and Chase further agree that the Court shall terminate Chase as a defendant.

DMWEST #14635783 v1

3. Plaintiff and Chase agree that each party shall bear her/its own fees and costs.

Dated: July 16, 2016

| Ballard Spahr LLP | Haines & Krieger, LLC |
|---|---|
| By: /s/ Lindsay Demaree<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Lindsay Demaree<br>Nevada Bar No. 11949<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for Defendant Chase Bank USA, N.A., improperly named as "Chase Bank, National Association"* | By: /s/ David Krieger<br>David H. Krieger<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* |

### ORDER

**IT IS HEREBY ORDERED** that Defendant Chase Bank, National Association, is dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this 20 day of July, 2016.